UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

| | | |
|---|---|---|
| JEFFREY A. BARR, | ) | |
|     *Plaintiff*, | ) | |
| | ) | |
|     *vs*. | ) | 3:11-cv-00846-jems |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| *Acting Commissioner of the* | ) | |
| *Social Security Administration*, | ) | |
|     *Defendant.* | ) | |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

For the reasons set forth in the Court's concurrently issued Entry Reviewing the Commissioner's Decision, the Court now enters **FINAL JUDGMENT** in favor of Plaintiff and against Defendant, **VACATES** the Commissioner's decision denying Plaintiff's application for benefits, and **REMANDS** this matter back to the Commissioner for further proceedings pursuant to 42 U.S.C. § 405(g) (sentence four).

Clerk:

**Distribution via ECF only to all counsel of record**