UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

| | |
|---|---|
| JEFFREY A. BARR,<br>　　*Plaintiff,*<br><br>　　*vs.*<br><br>CAROLYN W. COLVIN,<br>*Acting Commissioner of the*<br>*Social Security Administration,*<br>　　*Defendant.* | )<br>)<br>)<br>)　3:11-cv-00846-jems<br>)<br>)<br>)<br>)<br>) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

For the reasons set forth in the Court's concurrently issued Entry Reviewing the Commissioner's Decision, the Court now enters **FINAL JUDGMENT** in favor of Plaintiff and against Defendant, **VACATES** the Commissioner's decision denying Plaintiff's application for benefits, and **REMANDS** this matter back to the Commissioner for further proceedings pursuant to 42 U.S.C. § 405(g) (sentence four).

11/05/2013

　　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Jane Magnus-Stinson, Judge
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Clerk: *[signature]*

**Distribution via ECF only to all counsel of record**

- 1 -